NO. SCWC-28792

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

WILLIAM RONALD DOLAN, CPA, Special Administrator for
the Estate of ROSALINA ITURRALDE, and MIGUEL FUNES ITURRALDE,
aka MIKE I. FUNES, Successor Personal Representative
for the Estate of ARTURO C. ITURRALDE, Respondents and
Petitioners/Plaintiffs-Appellants-Cross-Appellees,

vs.

HILO MEDICAL CENTER, a Hawaiʻi Non-Profit Corporation,
HAWAIʻI HEALTH SYSTEMS CORPORATION, a Public Benefit Corporation,
STATE OF HAWAIʻI,
Respondents/Defendants-Appellees-Cross-Appellants,

and

MEDTRONIC SOFAMOR DANEK, USA, a Tennessee Corporation
Licensed to do Business in Hawaiʻi,
Petitioner/Defendant-Appellee,

and

ROBERT RICKETSON, M.D., Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CIVIL NO. 03-1-0017)

ORDER REJECTING MEDTRONIC'S APPLICATION FOR WRIT OF CERTIORARI

(By: Nakayama, Acting C.J., Acoba, and McKenna, JJ.,
Circuit Judge Nacino, in place of Recktenwald, C.J., recused,
and Circuit Judge Kubo Jr., assigned by reason of vacancy)

Petitioner/Defendant-Appellee Medtronic Sofamor Danek USA, Inc.'s application for writ of certiorari, filed on June 22, 2012, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, August 6, 2012.

/s/ Paula A. Nakayama

Edmund Burke, John Reyes-Burke, David Y. Suzuki, and Murray Levin on the Application for Medtronic.

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

Mark S. Davis, Michael K. Livingston, and Robert P. Marx on the Response.

/s/ Edwin C. Nacino

/s/ Edward H. Kubo, Jr.

